UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:16-cv-20194-GAYLES

LYNN McCULLOUGH and
WILLIAM McCULLOUGH,

    Plaintiffs,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,
RAIN FOREST ADVENTURES (HOLDINGS) LTD.,
RAINFOREST ADVENTURES,
RAIN FOREST ADVENTURES,
RAIN FOREST ADVENTURES ST. LUCIA,
RAIN FOREST SKY RIDES
d/b/a ELITE SHORE EXCURSIONS,
ELITE SHORE EXCURSIONS,
ELITE SHORE EXCURSIONS
d/b/a ST. LUCIA SKY RIDES, LTD.,
ST. LUCIA SKY RIDES, LTD.,
ELITE SHORE EXCURSIONS FOUNDATION,
RAINFOREST SKY RIDES LTD.,
RAIN FOREST SKY RIDES, LTD.
RAIN FOREST SKY RIDES ST. LUCIA, LTD.,
RAIN FOREST TRAM, LTD.,
CONVI LTDA, PANAMA EXCURSIONES SA,
TELEFERICOS RFAT DE COSTA RICA SA,
DOSEL SA, CANOPY ENTERPRISES, INC., and
XYZ CORPORATION,

    Defendants.
_____/

**ELITE SHORE EXCURSIONS FOUNDATION DISCLOSURE STATEMENT**

    Defendant, Elite Shore Excursions Foundation, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1, hereby files the following disclosure statement:

1. Rain Forest Adventures (Holdings) Ltd., a British Virgin Islands company, owns 10% or more of Elite Shore Excursions Foundation, a Panama company.

- 2 -

        Respectfully submitted,

        **COLE, SCOTT & KISSANE, P.A.**
        9150 South Dadeland Blvd., Suite 1400
        Miami, Florida  33156
        Counsel for Elite Shore
        Telephone:  (786) 338-9357
        Facsimile:  (305) 373-2294
        steven. safra@csklegal.com

BY:   *s/Steven R. Safra*
        Steven R. Safra
        FBN:  057028

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 18, 2016, the foregoing was electronically filed with the Clerk of the Court using CM/ECF, which will send transmission of the foregoing to all counsel on the attached Service List.

BY:   *s/Steven R. Safra*
        Steven R. Safra

- 3 -

## SERVICE LIST

*Counsel for Plaintiffs*
Patrick E. Quinlan, Esq.
Fla. Bar No. 158298
Christian D. Searcy, Esq.
Fla. Bar No. 750263
SEARCY DENNEY SCAROLA
BARNHART & SHIPLEY, P.A.
2139 Palm Beach Lakes Blvd.
West Palm Beach, Florida  33409
Phone: 561-686-6300
Fax: 561-383-9465
peq@searcylaw.com
_quinlanteam@searcylaw.com

*Counsel for RCCL*

*Attorneys for Defendant, Royal Caribbean Cruises*
Cameron W. Eubanks, Esq.
MASE, LARA, P.A.
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080
Florida Bar No. 85865
ceubanks@maselara.com
rcoakley@maselara.com
filing@maselara.com