UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-20194-CIV-GAYLES

LYNN McCULLOUGH and
WILLIAM McCULLOUGH,

    Plaintiffs,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,
RAIN FOREST ADVENTURES
(HOLDINGS) LTD, ELITE SHORE
EXCURSIONS FOUNDATION, RAIN
FOREST SKY RIDE, LTD., RAIN FOREST
TRAM, LTD., CANOPY ENTERPRISES,
INC., ENT-CONSULTING, INC., EMJO
INVESTMENTS LIMITED, HARALD
JOACHIM VON DER GOLTZ, JOHN
DALTON, ANDREW PIERCE, AP
ELECTRICAL SERVICE, LLC AND XYZ
CORPORATION,

    Defendants.
_____/

## DEFENDANT'S, AP ELECTRICAL SERVICES, LLC, CORPORATE DISCLOSURE STATEMENT

Defendant, AP ELECTRICAL SERVICES, LLC ("AP Electrical") by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1, hereby serves the following Corporate Disclosure Statement:

1. AP Electrical has no parent corporation and there are no publicly held corporations who own 10% or more of AP Electrical's stock.

Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
Dadeland Centre II
9150 So. Dadeland Blvd.
Suite 1400
Miami, FL 33156
Tel:  (305) 350-5346
Fax: (305) 373-2294

By: ___*s/ Scott A. Cole*_____
    Scott A. Cole, Esq.
    Florida Bar No.: 885630
    Alexandra Valdes, Esq.
    Florida Bar No.: 98151

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY on this 14th day of November, 2016, that a true and correct copy of the foregoing has been furnished to was electronically filed with the Clerk of the Court using CM/ECF, which will send transmission of the foregoing to all counsel on the attached Service List.

COLE, SCOTT & KISSANE, P.A.
Dadeland Centre II
9150 So. Dadeland Blvd.
Suite 1400
Miami, FL 33156
Tel:  (305) 350-5346
Fax: (305) 373-2294

By: ___*s/ Scott A. Cole*_____
    Scott A. Cole, Esq.
    Florida Bar No.: 885630
    Alexandra Valdes, Esq.
    Florida Bar No.: 98151

## SERVICE LIST

*Counsel for Plaintiffs*
Patrick E. Quinlan, Esq.
Fla. Bar No. 158298
Christian D. Searcy, Esq.
Fla. Bar No. 750263
SEARCY DENNEY SCAROLA
BARNHART & SHIPLEY, P.A.
2139 Palm Beach Lakes Blvd.
West Palm Beach, Florida  33409
Phone: 561-686-6300
Fax: 561-383-9465
peq@searcylaw.com
 _quinlanteam@searcylaw.com

*Attorneys for Defendant, Royal Caribbean Cruises*
Cameron W. Eubanks, Esq.
Andrew Beaulieu, Esq.
MASE, LARA, P.A.
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080
Florida Bar No. 85865
ceubanks@maselara.com
abeaulieu@maselara.com
rcoakley@maselara.com
filing@maselara.com