UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20194-CIV-GAYLES/MCALILEY

LYNN McCULLOUGH, et al.

       Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES, LTD., et al.

       Defendants.

_____/

## ORDER SETTING DISCOVERY PROCEDURES

On January 11, 2017, the Court entered an Order staying merits-based discovery until March 10, 2017, but authorizing the parties to take jurisdictional discovery regarding certain defendants before that date. [DE 189]. At the time the stay was entered, there were several discovery disputes before the Court, which gave rise to multiple, repetitive motions. In order to more efficiently resolve any discovery issues that may arise going forward, the parties shall follow the following discovery procedures:

If a discovery dispute arises, the parties shall meet and confer, as required by the Local Rules, in an effort to resolve or narrow their dispute. If the parties cannot fully resolve a discovery dispute they shall contact my chambers to schedule a brief status conference when we will identify the issues and the best procedure for resolving them. **No discovery motions may be filed without prior authorization from the Court following a discovery status conference.**

DONE AND ORDERED in chambers at Miami, Florida this 17th day of January, 2017.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable Darrin P. Gayles
Counsel of Record