UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-20194-DPG

LYNN McCULLOUGH and
WILLIAM McCULLOUGH,

      Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES, LTD.,
RAIN FOREST ADVENTURES
(HOLDINGS) LTD., ELITE SHORE
EXCURSIONS FOUNDATION,
RAIN FOREST SKY RIDES, LTD.,
RAIN FOREST TRAM, LTD., et al.,

      Defendants.
_____/

## **FINAL JUDGMENT**

**THIS CAUSE** came before the Court on Plaintiffs' Motion for Final Judgment on Arbitration Award Pursuant to this Court's Order on April 27, 2018 Referring the Case to Binding Arbitration (the "Motion") [ECF No. 434]. The Court granted the Motion in a separate Order [ECF No. 435]. Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, the Court enters this separate final judgment. Accordingly, it is

**ORDERED and ADJUDGED** that final judgment is entered in favor of Plaintiffs, Lynn Renee McCullough and William Frank McCullough, and against Defendants, Rain Forest Adventures (Holdings) Ltd., Rain Forest Tram, Ltd., Rain Forest Sky Rides, Ltd., and Harald Joachim von der Goltz, jointly and severally:

1.    As to Lynn Renee McCullough, judgment for each of the amounts itemized below, totaling $60,831,952.13, jointly and severally against Defendants, Rain Forest Adventures (Holdings) Ltd., Rain Forest Tram, Ltd., Rain Forest Sky Rides, Ltd., and Harald Joachim von der Goltz, as provided below:

| DAMAGE CATEGORY | JUDGMENT AMOUNT |
|---|---|
| Past Medicals | $1,122.824.08 |
| Future Medicals | $3,352,462.64 |
| Gratuitous Services | $431,905.41 |
| Optimal Home and Other Care | $1,133,610.00 |
| Un-itemized Certain Future Medical Care Needs | $1,889,350.00 |
| Bodily Injury | $7,557,400.00 |
| Pain & Suffering | $7,557,400.00 |
| Disability Physical Impairment | $7,557,400.00 |
| Disfigurement | $7,557,400.00 |
| Mental Anguish | $7,557,400.00 |
| Inconvenience | $7,557,400.00 |
| Loss of Capacity for Enjoyment of Life | $7,557,400.00 |
| **TOTAL** | **$60,831,952.13** |

2.  As to William Frank McCullough, judgment for the itemized amount listed below, totaling $5,668,047.87, jointly and severally against Defendants, Rain Forest Adventures (Holdings) Ltd., Rain Forest Tram, Ltd., Rain Forest Sky Rides, Ltd., and Harald Joachim von der Goltz, as provided below:

| DAMAGE CATEGORY | JUDGMENT AMOUNT |
|---|---|
| Loss of Consortium | $5,668,047.87 |
| **TOTAL** | **$5,668,047.87** |

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of July, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE