UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:16-cv-20194-DPG-CMM

LYNN MCCULLOUGH and
WILLIAM MCCULLOUGH,

    *Plaintiffs*,

v.

AIG INSURANCE HONG KONG LIMITED;
RAIN FOREST ADVENTURES (HOLDINGS),
LTD.; RAIN FOREST SKY RIDES, LTD.; RAIN
FOREST TRAM, LTD.; HARALD JOACHIM
VON DER GOLTZ,

    *Defendants*.
_____/

## MOTION FOR DEFAULT FINAL JUDGMENT

Plaintiffs, Lynn and William McCullough, pursuant to Federal Rule of Civil Procedure 55(b), moves for entry of a Default Final Judgment against Defendant, AIG Insurance Hong Kong Limited ("AIG"), as follows:

### Statement of the Facts

This third-party action arises out of AIG's failure to settle the McCulloughs' claims against the AIG-insured Defendants[1] using the limits of AIG's Corporate Liability Insurance Policy[2] when it could and should have done so. On August 20, 2018, the McCulloughs filed their

---

[1] Rain Forest Adventures (Holdings), Ltd.; Harald Joachim von der Goltz; Rain Forest Sky Rides, Ltd.; and Rain Forest Tram, Ltd.

[2] Policy No. DOL0003309/000004 for the May 29, 2015 to May 29, 2016 policy period (the "Policy"). The Policy [D.E. 444-1] is attached as Exhibit A to Plaintiffs' Third Amended Complaint [D.E. 444] adding AIG as a party to this action.

Third Amended Complaint [D.E. 444], seeking to recover from AIG the judgment they hold against its insureds.

AIG was promptly served with the Third Amended Complaint on September 5, 2018. *See* Declaration [D.E. 448]. Under Federal Rules of Civil Procedure 12(a)(1) and 15(a)(3), AIG's response to the Third Amended Complaint [D.E. 444] was due on or before September 26, 2018. AIG failed to respond to Plaintiffs' Third Amended Complaint [D.E. 444] or otherwise defend this action, despite its knowledge of the underlying action since its inception and in disregard for its knowledge of the McCullough's Third Amended Complaint. On September 27, 2018, a Clerk's Default [D.E. 450] was entered against AIG.

## Memorandum of Law

Entry of a Default Judgment against AIG is appropriate at this time, as no action has been taken in this action to disturb or contest the September 27, 2018, Clerk's Default [D.E. 450]. Pursuant to Fed. R. Civ. P. 55(b(1)), "if plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk … must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person." And Federal Rule of Civil Procedure 55(b)(2) authorizes a court to enter a final judgment of default against a party who has failed to plead in response to a complaint. *State Farm Mut. Auto. Ins. Co. v. Miami Med. Care Ctr., Inc.*, 15-CV-22660-DPG, 2016 WL 6962872, at *3 (S.D. Fla. Nov. 29, 2016) (Gayles, J.) (citing *Intelsat Corp. v. Multivision TV LLC*, No. 10-21982-CIV, 2010 WL 5437261, at *2 (S.D. Fla. Dec. 27, 2010)). "Granting a motion for default judgment is within the trial court's discretion." *Id.* The defendant, by his default, admits the plaintiff's well-pleaded allegations. *Id.*

After being served with this lawsuit on September 5, 2017, AIG knowingly declined to respond to the McCulloughs' well-pleaded Third Amended Complaint. The McCulloughs' claim against AIG is for a sum certain: the amount of the final judgment entered by this Court in favor of the McCulloughs and against AIG's insureds on July 12, 2017 [D.E. 436]. The McCulloughs therefore respectfully move for entry of a default final judgment against AIG.

WHEREFORE, Plaintiffs, Lynn and William McCullough, move for entry of a default judgment against Defendant, AIG Insurance Hong Kong Limited, and any further relief this Court deems equitable.

Respectfully Submitted,

| | |
|---|---|
| SEARCH DENNEY SCAROLA BARNHART & SHIPLEY, P.A. 2139 Palm Beach Lakes Boulevard West Palm Beach, Florida 33409 561-686-6300 561-383-9465 *facsimile* | VER PLOEG & LUMPKIN, P.A. 100 S.E. Second Street, 30th FL Miami, FL 33131 305-577-3996 305-577-3558 *facsimile* |
| /s/ David P. Vitale, Jr. **Christian D. Searcy** Florida Bar No.: 158298 CDS@searcylaw.com **Jack Scarola** Florida Bar No.: 169440 jsx@searcylaw.com **David P. Vitale Jr.** Florida Bar No. 115179 dvitale@searcylaw.com _scarolateam@searcylaw.com *Co-Counsel for Plaintiffs* | /s/ Stephen A. Marino, Jr. **Stephen A. Marino, Jr.** Florida Bar No. 79170 smarino@vpl-law.com smcgee@vpl-law.com **Christopher T. Kuleba** Florida Bar No. 105302 ckuleba@vpl-law.com *Co-Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on October 30, 2018, on all counsel or parties of record on the Service List below.

/s/ Stephen A. Marino, Jr.
**Stephen A. Marino, Jr.**

Case No.: 1:16-cv-20194-DPG-CMM

## SERVICE LIST

Christian D. Searcy, Esq.
Jack Scarola, Esq.
David P. Vitale Jr., Esq.
Search Denney Scarola
 Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
561-686-6300
561-383-9465 *facsimile*
CDS@searcylaw.com
jsx@searcylaw.com
dvitale@searcylaw.com
 _scarolateam@searcylaw.com
*Co-Counsel for Plaintiffs*

Stephen A. Marino, Jr., Esq.
Christopher T. Kuleba, Esq.
Ver Ploeg & Lumpkin, P.A.
100 S.E. Second Street, 30th FL
Miami, FL 33131
305-577-3996
305-577-3558  *facsimile*
smarino@vpl-law.com
smcgee@vpl-law.com
ckuleba@vpl-law.com
*Co-Counsel for Plaintiffs*

Michael A. Pineiro, Esq.
Allison Green, Esq.
Marcus Neiman & Rashbaum LLP
2 South Biscayne Boulevard, Suite 1750
Miami, Florida 33131
305-400-4268
mpineiro@mnrlawfirm.com
agreen@mnrlawfirm.com
*Co-Counsel for Harald J. Von Der Goltz*

Jeffrey A. Neiman, Esq.
Marcus Neiman & Rashbaum, LLP
100 S.E. 3rd Avenue, Suite 805
Ft. Lauderdale, FL 33394
954-462-1200
jneiman@mnrlawfirm.com
*Co-Counsel for Harald J. Von Der Goltz*

Chris Sharrock
Kennedys
The Hong Kong Club Building
3A Chater Road, Suite 702
Central, Hong Kong
852 2848 6300
852 2848 6333 *facsimile*
Chris.sharrock@kennedyslaw.com
*Counsel for AIG Insurance Hong Kong
Limited – served by e-mail only*

4